HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Scoble@fd.org

Attorney for Defendant
GABRIEL HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:14-cr-129 JAM |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING ) STATUS CONFERENCE AND EXCLUDING |
| vs. | ) TIME |
| GABRIEL HERNANDEZ, | ) Date:  June 24, 2014 ) Time:  9:30 a.m. |
| Defendant. | ) Judge:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JUSTIN LEE, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for GABRIEL HERNANDEZ, that the status conference hearing date of June 3, 2014 be vacated, and the matter be set for status conference on June 24, 2014 at 9:30 a.m.

This continuance is necessary because defense counsel needs additional time to review the proposed plea agreement with the defendant.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 24, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  May 22, 2014					Respectfully submitted,

							HEATHER E. WILLIAMS
							Federal Defender


							*/s/ Matthew M. Scoble*
							MATTHEW M. SCOBLE
							Assistant Federal Defender
							Attorney for Defendant
							GABRIEL HERNANDEZ

Dated: May 22, 2014					BENJAMIN WAGNER
							United States Attorney


							*/s/ Matthew M. Scoble for*
							JUSTIN LEE
							Assistant U.S. Attorney
							Attorney for Plaintiff

## O R D E R

Based on the reasons set forth in the stipulation of the parties filed on May 22, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.

IT IS HEREBY ORDERED that the status conference currently set for Tuesday, June 3, 2014, be vacated and that a status conference be set for Tuesday, June 24, 2014, at 9:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 22, 2014 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of May 22, 2014, through and including June 24, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: May 22, 2014					/s/ JOHN A. MENDEZ
							JOHN A. MENDEZ
							United States District Judge